UNITED STATES DISTRICT COURT  
Western District of Tennessee

FILED BY _____ D.C.

05 SEP 15 AM 10: 26

THOMAS M. GOULD  
CLERK, U.S. DISTRICT COURT  
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA  
    Plaintiff,

VS.                                     Case Number 2:01CR20085-D

RAYMOND KEITH MCKEE  
    Defendant.

## JUDGMENT AND COMMITMENT ORDER  
## ON SUPERVISED RELEASE VIOLATION  
(For Offenses Committed On or After November 1, 1987)

The defendant, Raymond Keith McKee, was represented by Juni S. Ganguli, Esq.

It appearing that the defendant, who was convicted on February 11, 2002, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **six (6) months**.

Furthermore, no additional supervised release shall be imposed.

The defendant is remanded to the custody of the United States Marshal.

Signed this the __14__ day of September, 2005.

BERNICE B. DONALD  
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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  
Defendant's Date of Birth: 10/31/1976  
U.S. Marshal No.: 17935-076  
Defendant's Mailing Address: 4753 Hwy. 19 W., Ripley, TN 38063

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9/15/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 412 in case 2:01-CR-20085 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Bernice Donald
US DISTRICT COURT